# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTOPHER H. WEST | : | C.A. 14-1486-GMS |
|     Plaintiff | : | |
| vs. | : | |
| | : | |
| WARDEN PIERCE, et al. | : | |
|     Defendants | : | |

## DEFENDANTS' SECOND UNOPPOSED MOTION FOR ENLARGEMENT OF TIME IN WHICH TO CONDUCT AND COMPLETE DISCOVERY

**COME NOW**, Defendants Katrina Burley and Walter Wright ("Defendants"), by and through their undersigned counsel, and respectfully move this Honorable Court to enter an Order granting an additional enlargement of time pursuant to Fed. R. Civ. P. 6(b), within which to conduct and complete discovery (i.e. depositions of Plaintiff and witnesses in the above-captioned matter. In support of this Motion, Defendants state as follows:

    1.    On or about December 16, 2014, Plaintiff Christopher West ("Plaintiff") filed a Complaint under 42 U.S.C. §1983 (D.I. 1) and subsequently filed a Motion to proceed *in forma pauperis* (D.I. 5). On January 15, 2015, this Honorable Court granted Plaintiff's Motion. (D.I. 6).

    2.    Following the Court's pre-screening of the Complaint pursuant to the applicable statute, all Defendants and related claims against them except for Defendant Katrina Burley ("Burley") were dismissed. (D.I. 10 and 11). Service of process was to commence thereafter pursuant to the Memorandum of Understanding between the Delaware Department of Justice and the Court. Service was waived as to Burley and her counsel filed an Answer on her behalf on February 22, 2016. (D.I. 16).

3. On the same day, this Honorable Court issued a Scheduling Order that provided, *inter alia,* for discovery to be completed by August 22, 2016. (D.I. 17) Motions for Joinder were due by April 22, 2016 and Motions to Amend were due by the same date.

4. On March 31, 2016, Plaintiff filed a Motion for Joinder and to amend the Complaint. (D.I. 19). This Court denied said Motion on July 28, 2016. (D.I. 23) as to Joinder. In the intervening period, Burley engaged in discovery. (D.I.21-23 inclusive).

5. On August 12, 2016, Plaintiff filed Motions to Extend the time to respond to Burley's discovery and to amend his Complaint. (D.I. 24 and 28 respectively). Without having obtained leave of the Court to do so, Plaintiff filed a Motion to Amend on September 23, 2016 (D.I. 36) which, in effect, circumvented the previous denial of Plaintiff's Motion for Joinder.

6. On October 6, 2016, the undersigned counsel filed a response in opposition to Plaintiff's belated Motion (D.I. 37). On October 24, 2016, Burley filed a Motion for Summary Judgment with an accompanying Opening Memorandum of Points and Authorities (D.I. 38 and 39 respectively). This was done to stay within the previously ordered deadlines for such a Motion.

7. Notwithstanding Plaintiff's pending Motion to Amend, he responded not once but twice to Defendant's Motion for Summary Judgment. (D.I. 41 and 44).

8. On December 5, 2016, this Honorable Court denied, without prejudice, Defendant's Motion for Summary Judgment (D.I. 48) while at the same time granting, *inter alia*, Plaintiff's earlier filed Motion to Amend (D.I. 36) thereby joining Walter Wright as an additional party Defendant. On the same date, the Court docketed the Amended Complaint (D.I. 49) as well as Plaintiff's self-styled "Affidavit of Facts" (D.I.

50) purportedly in response to the originally fled Answer (D.I. 16) to the original Complaint.

9. Subsequent to the above, the parties exchanged additional discovery (D.I. 52, 55, 56, 58 and 61). In addition, the undersigned counsel filed Defendants' Amended Answer (D.I. 69) to the Amended Complaint. Further, the Court granted Defendants' Motion for Leave to depose Plaintiff prior to the new discovery deadline.

10. On or about May 4, 2017, this Honorable Court entered another Scheduling Order providing for new discovery and dispositive motion deadlines. (D.I. 5). Subsequent to said Order, the undersigned counsel was besieged with the press of other litigation, including several depositions over the course of several weeks, miscellaneous Court appearances, and motions' practice in both State and Federal Court. As a result, the undersigned counsel filed a Motion for another extension of the discovery deadline on June 28, 2017. (D.I. 71). Said Motion was granted (D.I. 72) with a new discovery deadline established for August 4, 2017.

11. On July 26, 2017, a Notice of Deposition of Plaintiff was filed. (D.I. 73). The deposition was to take place on August 2, 2017.

12. On July 31, 2017, Plaintiff's soon to be counsel contacted the undersigned counsel and advised that he was a Pennsylvania based attorney who stated that Plaintiff's family had retained him to represent Plaintiff. However, Plaintiff's soon to be counsel stated that he was not admitted to the Delaware Bar and indicated he was in the process of retaining a local Delaware attorney to move for his firm's admission *pro hac vice* but did not anticipate same occurring prior to the discovery deadline of August 4, 2017.

13. On August 1, 2017, the undersigned counsel was advised that Plaintiff had purportedly developed psychological issues requiring his placement once again in

Psychiatric Close Observation ("PCO") at JTVCC on or about July 30, 2017. As a result, the scheduled deposition for August 2, 2017 had to be cancelled and apparently postponed until Plaintiff was discharged from PCO status.

14. As a result, Plaintiff's soon to be counsel proposed that the parties agree to another extension in which discovery could be completed and the matter proceed accordingly.

15. On September 26, 2017, Plaintiff filed an Unopposed Motion for Extension of Time to Complete Discovery.

16. On September 27, 2017, this Honorable Court entered a revised Scheduling with the following deadlines: Discovery due by November 30, 2017; Dispositive Motions due by December 29, 2017; Answering Brief due by January 29, 2018; and Reply Brief, if any, due February 12, 2018.

17. Counsel for Plaintiff and Defendants have been diligently working towards meeting the discovery deadlines; however, the number of witnesses for depositions involve approximately ten (10) deponents in both this and a companion case, several of whom are no longer employed by the Department of Correction. As such, the ability to arrange for their depositions prior to November 30, 2017 deadline created the need for additional time to locate and secure their deposition testimony. Additionally, two (2) of the witnesses are doctors who are employed by an outside agency requiring additional time for the taking of their depositions.

18. Further complicating the matter was the undersigned's unavailability due to litigation proceedings during the week of November 20, 2017 as well as Plaintiff's counsel being unavailable from November 21, 2017 through November 25, 2017.

19. It should further be noted that Plaintiff had recently developed further psychological issues that required his placement in Psychiatric Close Observation "PCO" at JTVCC. (Apparently from November 17 through November 27, 2017).

20. As the parties believed another extension was required in order to move the matter forward in the hope of narrowing the issues for litigation, Plaintiff filed a Motion for another extension in which to complete discovery. (D.I. 82). The Court subsequently granted said Motion and re-set the deadlines as follows: Discovery to be completed by January 15, 2018; Dispositive Motions and accompanying briefs filed by February 15, 2018; Answering Briefs due by March 1, 2018; and Reply Briefs, if any, due by March 15, 2018.

21. Subsequent thereto, the parties were able to conduct some of the desired depositions but ran into difficulties created by the press of other litigation for both parties' counsel, scheduling conflicts, weather issues, and the several holiday interruptions at year's end. In fact, Plaintiff's deposition in both this and a related case was re-noticed for January 4, 2018 but had to be postponed due to weather issues.

22. The Court subsequently granted the undersigned's first Motion for an Enlargement of Time (D.I. 83) and reset the several deadlines which now require farther extension.

23. In addition, Plaintiff's counsel has since determined that he needs to depose additional non-party witnesses who were not previously disclosed by Plaintiff's counsel but came to light during the course of the most recent deposition conducted last week. The undersigned counsel has no objection to such a request and believes it will help narrow the remaining issues and possibly facilitate resolution of this matter.

24. The undersigned counsel is presently engaged in pre-trial preparations in another case currently scheduled for a jury trial in two weeks. Coupled with scheduling limitations as to both parties' counsel, they have conferred and agreed that the remaining depositions cannot be concluded within the existing February 16, 2018 deadline and agree that another extension is required.

25. This is Defendants' counsel's second unopposed request/motion for another extension to complete discovery by April 6, 2018.

26. There is currently no scheduled trial date in this matter.

**WHEREFORE,** for the reasons set forth above, Defendants respectfully request that this Honorable Court grant their request for an enlargement of time in which to conduct and complete discovery including taking the depositions of Plaintiff and Witnesses. Defendants respectfully request an enlargement or extension of time to complete the above up to and including April 6, 2018 as well as amend the existing deadlines for the filing of Dispositive Motions due by May 11, 2018, Answering Brief due by May 25, 2018 and Reply Brief, if any, due by June 8, 2018.

**STATE OF DELAWARE
DEPARTMENT OF JUSTICE**

*/s/ Stuart B. Drowos*
Stuart B. Drowos, I.D. #427
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorney for Defendants

Dated: February 8, 2018

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTOPHER H. WEST | : | C.A. 14-1486-GMS |
|     Plaintiff | : | |
| vs. | : | |
| | : | |
| WARDEN PIERCE, et al | : | |
|     Defendants | : | |

### O R D E R

This _____ day of _____, 2018.

**WHEREAS,** Defendants having requested an enlargement of time in which to conduct and complete discovery (i.e. depositions of Plaintiff and Witnesses); and

**WHEREAS,** there being good cause shown for granting of such motion:

**IT IS HEREBY ORDERED,** that the Defendants' Motion for Enlargement of Time is GRANTED and said Plaintiff and Defendants shall conduct and complete discovery on or before April 6, 2018.

**IT IS FURTHER ORDERED**, that deadlines are amended as follows:

    A.    All discovery including but not limited to Plaintiff's and Witnesses' depositions shall be initiated so that they will be completed on or before April 6, 2018;

    B.    All summary judgment motions, with accompanying briefs, memoranda of points and authorities and affidavits, if any, will be served and filed on or before May 11, 2018. The answering briefs or memoranda will be filed on or before May 25, 2018, and the reply briefs or memoranda, if any, due on or before June 8 2018.

_____
The Honorable Gregory M. Sleet

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISRICT OF DELAWARE**

| | | |
|---|---|---|
| CHRISTOPHER H. WEST | : | C.A. 14-1486-GMS |
|     Plaintiff | : | |
| vs. | : | |
| | : | |
| WARDEN PIERCE, et al | : | |
|     Defendants | : | |

**7.1.1 CERTIFICATE OF COUNSEL**

Counsel for Defendants, Katrina Burley and Walter Wright, Deputy Attorney General Stuart B. Drowos, files this certification in compliance with Rule 7.1.1 of the Local Rules of Civil Procedure and certifies that said counsel contacted counsel for Plaintiff, Joseph A. Ratasiewicz, Esquire, and reached an agreement on the subject of the Motion for Enlargement of Time to Conduct and Complete Discovery.

                                                                                    **STATE OF DELAWARE
DEPARTMENT OF JUSTICE**

                                                                                    */s/ Stuart B. Drowos*
                                                                                    Stuart B. Drowos, I.D. #427
                                                                                    Deputy Attorney General
                                                                                    Carvel State Office Building
                                                                                    820 N. French Street, 6th Floor
                                                                                    Wilmington, DE 19801
                                                                                    (302) 577-8400
                                                                                    Attorney for Defendants

Dated: February 8, 2018

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2018, I electronically filed Defendants' Second Unopposed Motion for Enlargement of Time in Which to Conduct and Complete Discovery with the Clerk of the Court using CM/ECF. I hereby certify that on February 8, 2018, I electronically filed Defendants' Second Unopposed Motion for Enlargement of Time in Which to Conduct and Complete Discovery with the Clerk of the Court using CM/ECF to the following participants:

GRADY & HAMPTON, LLC
Stephen A. Hampton, I.D. #2451
6 North Bradford Street
Dover, DE 19904
Local Counsel for Plaintiff

CASAMENTO & RATASIEWICZ, P.C.
Joseph Ratasiewicz, Esquire, I.D. #47453
Nicholas Casamento, Esquire, I.D. #37931
4 West Front Street
Media, PA 19063
Attorneys for Plaintiff

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

*/s/ Stuart B. Drowos*
Stuart B. Drowos, I.D. #427
Deputy Attorney General
Attorney for Defendants